# Exhibit 1

Dear Judge Cartwright

My name is Roshard Carty a citizen of Jameica. My humble and sincere apology first and foremost. I am deeply and truly sorry for participating in such act. i can put my life on the line that ill never Commit or have any involvement in this type of act ever again.

To the victim and her family i know my word will never make up for taking advantage of the individual. This apology to the victim and her family which probably may not accepted but i know deep within me this is one big lesson that will never ever i forget.

The truth is i wont say i am happy that this happen but one thing for sure this teaches me a huge lesson which i accept and now i know how to move foward with my life and i also know the damage i have created on the victim. and the damage it created for my family and love ones.

To my kids and partner of being away from fu you guys causes too much hurt and pain and not being able to speak with my kids on a daily basis i also have to be lieing to them about where am at. i have been their provider before they even came on this earth. they look foward to me to always be there for them.

I know it has been hard on my partner providing for my kids now knowing that I am not around. She always ask how do i do it and she always show appreciation and gratitude how i work. I am dedicated to my kids knowing that i havent grown up with any of my parents i make myself present in my kids life for i know what it feels like not having any parents around. To ███ ███ and ███ i love you guys. i have learn so much been a father to my kids.

I am very sorry for getting involved in this. it is not an excuse but i had brain surgery and the recovery was very hard, i had to learn how to walk over again. My vision was affected. I ~~get tunnel~~ now have tunnel vision and sometimes its even hard to see things right in front of me. After the surgery my speech was affected and i had problems with my balance.

Before covid i had a sports bar operating at the time i had bills to pay. The bills were taken all the money, and i had the kids to take care of. I had therapy after the surgery. I couldn't drive and my partner was working so i had to pay someone to drive me around and guess assist me with certain things. during covid selling was wasn't cutting it because no one could move around freely.

The goverment in jamaica doecn't provide any help. To make it in Jamaica you have to be working your ass off and even when yor are working your ass off its still hand to mouth. at the time i felt wlike i had to do it even though its wrong.

Being in custody in a foreign country is hard. It's expensive to talk to my family. Its about five dollars us for each call. I mostly email them. Getting me money is hard. Western union and money gram often blocks the money we're not sure why but we think its because they think its a scam. Being around persons that dont understand me is difficult. I dont want to tell people in my unit about my vision problems because i dont want them to use it against me. But not sitting at the table or talking with other people in my unit they think i think i am better than them. I dont have alot in common with the other people in custody. I am from a different country and they sometimes dont understand how i do things.

My future plan is for me starting by getting a job at a local car dealership, work on myself and also draw myself closer to the lord himself. I would like to take classes to learn how to be a funeral director. I also try to spend more quality time with my kids teaching them the right from wrong and how precious life is. I dont want my kids to make the same mistakes i did because tomorrow is promise to no one.

Ready